**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:   EARL H. ROBERTSON                                Case Number: 06-70303
         744 N. SECOND STREET
         ROCKFORD, IL  61107            SSN-xxx-xx-0178

                                                          Case filed on:      3/7/2006
                                                          Plan Confirmed on:  9/29/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,045.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 969.09 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 969.09 | 0.00 |
| 999 | EARL H. ROBERTSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS TITLE LOAN | 2,500.00 | 2,500.00 | 702.64 | 110.75 |
|  | Total Secured | 2,500.00 | 2,500.00 | 702.64 | 110.75 |
| 001 | ILLINOIS TITLE LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ACCOUNTS RECEIVABLE TECHNOLOGIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CASH ASAP | 990.00 | 990.00 | 0.00 | 0.00 |
| 004 | CBA RETREADERS OF ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | COLDATA COLLECTION COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDICHECK OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LEROY TEED | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | REVENUE PRODUCTION MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RODNEY R. RAPP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | STATE FARM INSURANCE | 2,740.02 | 2,740.02 | 0.00 | 0.00 |
| 013 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 10,285.63 | 10,285.63 | 0.00 | 0.00 |
|  | Total Unsecured | 14,015.65 | 14,015.65 | 0.00 | 0.00 |
|  | Grand Total: | 18,857.40 | 18,857.40 | 1,813.48 | 110.75 |

Total Paid Claimant:     $1,924.23
Trustee Allowance:       $120.77        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00       discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 08/29/2007          By  /s/Heather Fagan